T 3131—Notice and Acknowledgment of Receipt of Summons and Complaint
U.S. District Court (FRCP form 18A), 8-83

© 1983 BY JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

# United States District Court
## For The
SOUTHERN DISTRICT OF NEW YORK

ROSEANN SLOMOWITZ,

　　　　　　　　　　　　　　Plaintiff(s)

v.

RYDER TRUCK RENTAL, INC., and
EDMUND T. JACKSON,

　　　　　　　　　　　　　　Defendant(s)

Docket Number and Judge's Initials

07 CIV 10305 (SCR)

**Notice and Acknowledgment of Receipt of Summons and Complaint**

## NOTICE

To:*　RYDER TRUCK RENTAL, INC.
　　　11690 N.W. 105th Street
　　　Miami, FL  33178

　　The enclosed summons and complaint are served pursuant to Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

　　You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

　　You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

　　If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

　　If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

　　I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on  November 13, 2007.

_____
Signature

October 24, 2007
Date of Signature

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

　　I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned manner at**

_____　_____　_____
Print Name　　　　　　　　　　Signature　　　　　　　　　　Date of Signature

Relationship to Entity/Authority to Receive Service of Process

*Insert name and address of party to be served
**Insert address

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF
COUNTY OF         ss.:

The undersigned being duly sworn, deposes and says: Deponent is not a party to the within civil action, is over 18 years of age and resides at

That on                    19    deponent served the annexed Summons, Complaint and Notice and Acknowledgment of Receipt of Summons and Complaint on
defendant in this action at
by depositing a true copy of same enclosed in a first class postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.
Sworn to before me on

................................................................
The name signed must be printed beneath

## ATTORNEY'S CERTIFICATE AND AFFIRMATION OF SERVICE BY MAIL

STATE OF    NEW YORK
COUNTY OF   WESTCHESTER     ss.:

The undersigned, an attorney admitted to practice law in this State, certifies and affirms: that deponent is attorney(s) of record for plaintiff(s) herein. That on ~~October~~ *Nov. 15*, 2007  deponent served the annexed Summons, Complaint and Notice and Acknowledgment of Receipt of Summons and Complaint on   Ryder Truck Rental, Inc.
defendant in this action at  11690 N.W. 105th Street, Miami, FL  33178
by depositing a true copy of same enclosed in a first class postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

The undersigned certifies and affirms the foregoing statement to be true under the penalties of perjury.
Dated  ~~October~~ *Nov. 15*, 2007

................................................................
The name signed must be printed beneath
KEVIN D. MOLONEY
Attorney at Law

No. _____

United States District Court
FOR THE

Notice and Acknowledgment
of Receipt of Summons and Complaint

Attorney for Plaintiff