**KEVIN D. MOLONEY**
Attorney at Law
281 Garth Road   A3A
Scarsdale, NY  10583
(914) 472-9709

MEMO END...

January 18, 2008

Hon. Stephen C. Robinson
United States District Judge
300 Quarropos Street, Room 633
White Plains, NY  10601


RECEIVED
JAN 2 4 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

      Re:   Slomowitz v. Ryder et al
            <u>07 CIV 10305 (SCR)</u>

Dear Judge Robinson:

    I represent the plaintiff in the above case.

    I am requesting a further adjournment of the due date of the Scheduling Order in this case to March 28, 2008.  A previous request for an adjournment was made in my letter to the Court dated December 17, 2007 (copy enclosed).

    I just recently was contacted by defendant Ryder Truck Rental, Inc.'s claims department (the defendants are self-insured).  They have not yet retained local counsel to represent them in this case.  They requested a 60-day extension of time to answer, so that they could explore a possible settlement of the case with me.  If that fails, they will refer the case to a local law firm for defense.

    I granted the defendants the courtesy of the 60-day extension of time, subject, of course, to your Honor's approval.  Under the circumstances, I would appreciate it if the Court would extend the due date for the Scheduling Order to March 28, 2008.

Respectfully yours,

*[signature]*
Kevin D. Moloney (4918)

KDM/dla
Enc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**
*Stephen C. Robinson*  2/8/08
_____
HON. STEPHEN C. ROBINSION